**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MANDY LOUISE MANUEL**                                          **PLAINTIFF**

**V.**                                   **No. 3:21-CV-00228-ERE**

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is

AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 30th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1